**B1 (Official Form 1)(1/08)**

# United States Bankruptcy Court
## Western District of Texas

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tapatio Springs Golf Resort, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Tapatio Springs Resort and Conference Center** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5713191** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 A Blue Heron Blvd**<br>**Boerne, TX**<br>ZIP Code **78006** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **314 Blue Heron Blvd**<br>**Boerne, TX 78006** |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tapatio Springs Golf Resort, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tapatio Springs Golf Resort, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William B. Kingman**
Signature of Attorney for Debtor(s)

**William B. Kingman 11476200**
Printed Name of Attorney for Debtor(s)

**Law Offices of William B. Kingman, PC**
Firm Name

**4040 Broadway**
**Suite 450**
**San Antonio, TX 78209**

Address

           **Email: mavilla@kingmanlaw.com**
**(210) 829-1199  Fax: (210) 821-1114**
Telephone Number

**April 6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John J Parker**
Signature of Authorized Individual

**John J Parker**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re **Tapatio Springs Golf Resort, Inc.**
                         Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Needle**<br>**2649 Paysphere Circle**<br>**Chicago, IL 60674** | **American Needle**<br>**2649 Paysphere Circle**<br>**Chicago, IL 60674** | | | **286,920.00** |
| **Bracwell & Guiliani, LLP**<br>**106 S St Mary's St., Suite 800**<br>**San Antonio, TX 78205** | **Bracwell & Guiliani, LLP**<br>**106 S St Mary's St., Suite 800**<br>**San Antonio, TX 78205** | | | **119,460.23** |
| **Club Consultants** | **Club Consultants** | | | **64,899.39** |
| **ADVANCE DEPOSITS** | **ADVANCE DEPOSITS** | | | **56,438.26** |
| **Kendall County Utility - TS**<br>**P.O. Box 550**<br>**Boerne, TX 78006** | **Kendall County Utility - TS**<br>**P.O. Box 550**<br>**Boerne, TX 78006** | | | **40,600.96** |
| **The Terrill Firm, PC**<br>**810 West 10th St**<br>**Austin, TX 78701** | **The Terrill Firm, PC**<br>**810 West 10th St**<br>**Austin, TX 78701** | | | **40,336.57** |
| **Bandera Electric Co-Op**<br>**P.O. Box 667**<br>**Bandera, TX 78003** | **Bandera Electric Co-Op**<br>**P.O. Box 667**<br>**Bandera, TX 78003** | | | **39,178.68** |
| **Davidson & Troilo**<br>**7550 IH-10 West, Suite 8000**<br>**San Antonio, TX 78229** | **Davidson & Troilo**<br>**7550 IH-10 West, Suite 8000**<br>**San Antonio, TX 78229** | | | **23,227.76** |
| **PNC Equipment Finance**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193** | **PNC Equipment Finance**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193** | | | **13,407.00** |
| **Edward R Acosta**<br>**LISTED IN LONG TERM LIABILITIES** | **Edward R Acosta**<br>**LISTED IN LONG TERM LIABILITIES** | | | **12,000.00** |
| **Winstead PC**<br>**5400 Renaissance Tower**<br>**1201 Elm St.**<br>**Dallas, TX 75270** | **Winstead PC**<br>**5400 Renaissance Tower**<br>**1201 Elm St.**<br>**Dallas, TX 75270** | | | **11,942.00** |
| **Texas Comptroller of Public Accounts**<br>**P.O. Box 149359**<br>**Austin, TX 78714-9359** | **Texas Comptroller of Public Accounts**<br>**P.O. Box 149359**<br>**Austin, TX 78714-9359** | | | **11,284.48** |

B4 (Official Form 4) (12/07) - Cont.

In re **Tapatio Springs Golf Resort, Inc.**  Case No. _____
         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GPS Industires<br>1074 N Orange Ave<br>Sarasota, FL 34236 | GPS Industires<br>1074 N Orange Ave<br>Sarasota, FL 34236 | | | 10,000.00 |
| Sun Mountain<br>P.O. Box 7727<br>Missoula, MT 59807 | Sun Mountain<br>P.O. Box 7727<br>Missoula, MT 59807 | | | 9,178.58 |
| Culligan Water Conditioning<br>1612 Water Street<br>Kerrville, TX 78028 | Culligan Water Conditioning<br>1612 Water Street<br>Kerrville, TX 78028 | | | 8,940.13 |
| Cleveland Golf<br>P.O. Box 7270<br>Newport Beach, CA 92658 | Cleveland Golf<br>P.O. Box 7270<br>Newport Beach, CA 92658 | | | 7,636.21 |
| The Stracka Design Co<br>GOLFQ.COM, INC.<br>12337 Jones Rd #311<br>Houston, TX 77070 | The Stracka Design Co<br>GOLFQ.COM, INC.<br>12337 Jones Rd #311<br>Houston, TX 77070 | | | 6,950.00 |
| Hotel Information Systems<br>Dept 7798<br>Los Angeles, CA 90084 | Hotel Information Systems<br>Dept 7798<br>Los Angeles, CA 90084 | | | 6,529.00 |
| Unifirst Holdings, LP 629559<br>603 Mill Run<br>Kerrville, TX 78028 | Unifirst Holdings, LP 629559<br>603 Mill Run<br>Kerrville, TX 78028 | | | 6,501.27 |
| Ace Pipe Cleaning, INc.<br>4000 Truman Rd<br>Kansas City, MO 64127-2290 | Ace Pipe Cleaning, INc.<br>4000 Truman Rd<br>Kansas City, MO 64127-2290 | | | 6,459.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 6, 2010**     Signature **/s/ John J Parker**
                                     **John J Parker**
                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                          18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re: **Tapatio Springs Golf Resort, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tapatio Springs Holdings, Inc.**<br>**c/o John J Parker Sr**<br>**105 Antelope Hill**<br>**Boerne, TX 78006** | | | **100% - Sole Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 6, 2010**

Signature **/s/ John J Parker**
**John J Parker**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Texas

In re **Tapatio Springs Golf Resort, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 6, 2010**

**/s/ John J Parker**
**John J Parker**/**President**
Signer/Title

21ST Century Group
1300 N Holopono St., Suite 113
Kihei, HI 96753


401K Loan Payable
LISTED IN ACCOUNTS PAYABLE


401K Payable
LISTED IN ACCOUNTS PAYABLE


Ace Pipe Cleaning, INc.
4000 Truman Rd
Kansas City, MO 64127-2290


Edward R Acosta
LISTED IN LONG TERM LIABILITIES


Action Restoration, Inc.
2 Hill View Lane
Boerne, TX 78006


ADVANCE DEPOSITS


Allstate


Alsay Incorporated
6615 Gant Rd
Houston, TX 77066


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Needle
2649 Paysphere Circle
Chicago, IL 60674


An Event To Remember
431 Isom Rd, Suite 111
San Antonio, TX 78216

Ashworth, Inc.
FILE 51141
Los Angeles, CA 90074-1141


AT&T
P.O. Box 5001
Carol Stream, IL 60197-6001


Attorney General of U.S.
Main Justice Building, Room 511
10th and Constitution Ave., NW
Washington, DC 20530


Austin Turf & Tractor
809 Steve Hawkins Pkwy
Marble Falls, TX 78654


Auto Chlor Services, LLC
Department #205
P.O. Box 4869
Houston, TX 77210-4869


Avesis Withholding


Bandera Electric Co-Op
P.O. Box 667
Bandera, TX 78003


Jim & Sue Blundell
3660 Seashell Place
Victoria, BC
V9COA4    CANADA


Bracwell & Guiliani, LLP
106 S St Mary's St., Suite 800
San Antonio, TX 78205


Bridgestone Golf, Inc.
14230 Lochridge Blvd, Suite G
Covington, GA 30014


Whitney Burgess
1313 Arthur
Bridge City, TX 77611

Carnoustie
16901 Millikan Ave.
Irvine, CA 92606


Cigar Links of Texas
P.O. Box 90953
San Antonio, TX 78209


Cleveland Golf
P.O. Box 7270
Newport Beach, CA 92658


Club Consultants


CMC Golf, Inc.
15695 North 83rd Way
Scottsdale, AZ 85260


Coca-Cola Enterprizes
P.O. Box 840232
Dallas, TX 75284


Comp Benefits Dental


Comp Benefits Vision


Comptroller of Public Accounts
111 E. 17th St.
Austin, TX 78774-0100


Corporate Express, Inc.
P.O. Box 95708
Chicago, IL 60694


John C. Cox
K&L Gates LLP
1717 Main St., Suite 2800
Dallas, TX 75201-7342

Crocs, Inc.
P.O. Box 644601
Pittsburgh, PA 15264


Culligan Water Conditioning
1612 Water Street
Kerrville, TX 78028


David K Young Consulting, LLC
11118 Wurzbach Rd., Suite 300
San Antonio, TX 78230


Davidson & Troilo
7550 IH-10 West, Suite 8000
San Antonio, TX 78229


De Lage Landen Financial Svcs
P.O. Box 41602
Philadelphia, PA 19101


Dixie Oil Company
P.O. Box 8275
San Antonio, TX 78208


Documation, Inc.
29817/24711034
P.O. Box 41602
Philadelphia, PA 19101


Jack & Terry Dubose
P.O. Box 127
Rio Frio, TX 78879


E-Z GO Division - Textron Company
26007 Network Place
Chicago, IL 60673


Eagle One
1340 N. Jefferson St.
Anaheim, CA 92807


Ecolab
24198 Network Place
Chicago, IL 60673

Entrust Retirement Services
FBO J Benevides IRA 10430-01
17171 Park Row, Suite 365
Houston, TX 77084

Federal Express
P.O. Box 660481
Dallas, TX 75266

GE Capital
P.O. Box 740441
Atlanta, GA 30374

Gerald & Linda! Killan
20-1890 Richmond Street
London ON
N5X4J1 CANADA

Gilchrist & Soames
P.O. Box 660075
Indianapolis, IN 46266

GOLF TOURNAMENT/GIFT CERT

Golfer's Guide
P.O. Box 310652
New Braunfels, TX 78131

Golfquest
701 Brazos, Suite 500
Austin, TX 78701

GPS Industires
1074 N Orange Ave
Sarasota, FL 34236

Greg Norman Collection
Division of Reebok Int'l
P.O. Box 601898
Charlotte, NC 28260

Tom Grieve
P.O. Box 240
Baggs, WY 82321

Guadalupe Valley Telecommunications COOP
P.O. Box 660608
Dallas, TX 75266


Guerin Rife Putters, LLC
1250 Central Park Drive
Sanford, FL 32771


Guest Supply
P.O. Box 910
Monmouth Junction, NJ 08852


Helmsbrisco
20875 N 90Th Place
Scottsdale, AZ 85255


Hill Country Chem-Dry
204 Cully Dr., # 100
Kerrville, TX 78028


Hill Country Plumbing, Inc.
122 Industrial Dr.
Boerne, TX 78006


Home Depot Credit Services Dept
32-2503347274
P.O. Box 6031
The Lakes, NV 88901


HOTEL CLEARING


Hotel Information Systems
Dept 7798
Los Angeles, CA 90084


HTS Voice & Data Systems, Inc.
12918 Flagship Dr
San Antonio, TX 78247


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Special Procedures Staff
STOP 5022 AUS
300 E. 8th Street
Austin, TX 78701

Kendall County Development Company, LP
P.O. Box 550
Boerne, TX 78006

Kendall County Development Company, LP
301 A Blue Heron Blvd
Boerne, TX 78006

Kendall County Tax A/C
P.O. Box 1377
Boerne, TX 78006-1377

Kendall County Utility - TS
P.O. Box 550
Boerne, TX 78006

Legendary Holdings, Inc.
8653 Avenida Costa Norte
San Diego, CA 92154

Lone Star Society of Clubs
3030 LBJ Freeway, 5th Floor
Dallas, TX 75234

Marbas USA
162 B Kerns Ave
Greenville, SC 29609

Martin Linen Supply
Attn: Michael Rakowicz
421 Roosevelt
San Antonio, TX 78210

Medina Valley Security
P.O. Box 711
Natalia, TX 78059

MEN'S GOLF ASSN DUES

Muzak Systems of San Antonio
P.O. Box 1098
San Antonio, TX 78294


NAPA Auto Parts
Boerne Auto Truck Supply
32128 IH-10 West
Boerne, TX 78006


Office Equipment Finance Services
Documation, INc.
P.O. Box 790448
Saint Louis, MO 63179


OfficeMax Incorporated
P.O. Box 101705
Atlanta, GA 30392


Performance Unlimited
6 Oak Trail
Boerne, TX 78006


Steven Peterson
3425 S. Columbine Cr
Englewood, CO 80113


Pitney Bowes Global Financial Svcs
P.O. Box 856460
Louisville, KY 40285


PNC Equipment Finance
P.O. Box 931034
Cleveland, OH 44193


Prestige Flag
591 Camino De La Reina #917
San Diego, CA 92108


Pump Mechanical Technical Services
P.O. Box 1566
San Marcos, TX 78667


Purchase Power (Pitney Bowes)
P.O. Box 856042
Louisville, KY 40285

R&R Tractor & Equipment Ltd
28660 IH-10 West
Boerne, TX 78006


Rexel
Dept 1021
P.O. Box 121021
Dallas, TX 75312


Royall-Matthiessen
446 Culebra
San Antonio, TX 78201


Frank Ruttenberg
Winstead PC
300 Convent, Suite 2700
San Antonio, TX 78205


San Antonio Weddings
P.O. Box 791944
San Antonio, TX 78279


Save The Moment
P.O. Box 7126
Sebring, FL 33872


SESAC, Inc.
P.O. Box 900013
Raleigh, NC 27675


Michael L Shalit
101 Preston Trail
Boerne, TX 78006


Simmons Events
P.O. Box 33006
San Antonio, TX 78265


Sports Page Weekly
P.O. Box 1048
Addison, TX 75001


Srixon Sports USA, inc.
P.O. Box 102674
Atlanta, GA 30368

Sun Mountain  
P.O. Box 7727  
Missoula, MT 59807


Sysco Food Services  
P.O. Box 18364  
San Antonio, TX 78218


Tapatio Springs Beverage Co  
c/o 301 A Blue Heron Blvd  
Boerne, TX 78006


Tapatio Springs Builders  
c/o 301 A Blue Heron Blvd  
Boerne, TX 78006


Tapatio Springs Service Co.  
c/o 301 A Blue Heron  
Boerne, TX 78006


Technovations  
4868 Research Dr.  
San Antonio, TX 78240


Texas Comptroller of Public Accounts  
P.O. Box 149359  
Austin, TX 78714-9359


Texas Electrical Supply Co  
P.O. Box 17306  
San Antonio, TX 78217


Textron Financial Corporation  
Attn: Marc Burch  
4550 North Point Pkwy, Suite 400  
Alpharetta, GA 30022


The Stracka Design Co  
GOLFQ.COM, INC.  
12337 Jones Rd #311  
Houston, TX 77070


The Terrill Firm, PC  
810 West 10th St  
Austin, TX 78701

The Top Flite Golf Company
P.O. Box 96811
Chicago, IL 60693


Touchstone Communications
P.O. Box 27772
Newark, NJ 07101


U.S. Attorney
Attn: Bankruptcy
601 NW Loop 410, Suite 600
San Antonio, TX 78216


U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539


Unifirst Holdings, Inc. 679373
3047 E. Commerce
San Antonio, TX 78220


Unifirst Holdings, LP 629559
603 Mill Run
Kerrville, TX 78028


Unifirst Holdings, LP 630984
3047 E. Commerce
San Antonio, TX 78220


United Parcel Service
P.O. Box 7427-0244
Philadelphia, PA 19170


uPlay
2185 Faraday Ave, #130
Carlsbad, CA 92008


USA Today - Houston
P.O. Box 58824
Houston, TX 77258


Waste Management San Antonio
P.O. Box 78251
Phoenix, AZ 85062

Welders Supply Company
5406 Jackwood
San Antonio, TX 78238


Westex Capital, Ltd
d/b/a PICO Petroleum Products
P.O. Box 1309
Del Rio, TX 78840


Winstead PC
5400 Renaissance Tower
1201 Elm St.
Dallas, TX 75270


Yarlen Bridal Decorations
2218 E. Chavaneaux Rd
San Antonio, TX 78214